1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

| | |
|---|---|
| CHERYL ENSTAD et al., | No. C17-1496 RSM |
| Plaintiffs, | **ORDER RE: JOINT MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES AND RULE 26(F) CONFERENCE AND JOINT STATUS REPORT** |
| vs. | |
| PEACEHEALTH, | |
| Defendant. | |

11
12
13
14
15
16
17

18     THIS MATTER having come before the Court on the Joint Motion of Plaintiffs Cheryl

19 Enstad and Pax Enstad ("Plaintiffs") and Defendant PeaceHealth ("PeaceHealth"), through

20 counsel, to extend the time for the parties to: (1) conduct the Federal Rule of Civil Procedure

21 ("FRCP") Rule 26(f) conference; (2) file the Joint Status Report and Discovery Plan as Required

22 by FRCP and Local Rule 26(f); and (3) conduct initial disclosures pursuant to FRCP Rule

23 26(a)(1) as set forth in the October 11, 2017 Order Regarding Initial Disclosures, Joint Status

24 Report, and Early Settlement (Dkt. # 7); the Court having considered the Joint Motion, and

25 finding good cause therefore, it is therefore:

26     //

27     //

28

ORDER RE: JOINT MOTION TO EXTEND
DEADLINES
No. 2:17−cv−01496−RSM

1

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000

1    ORDERED that the deadlines set forth in the Order Regarding Initial Disclosures, Joint

2    Status Report, and Early Settlement to (1) conduct the Federal Rule of Civil Procedure ("FRCP")

3    Rule 26(f) conference; (2) file the Joint Status Report and Discovery Plan as Required by FRCP

4    and Local Rule 26(f); and (3) conduct initial disclosures pursuant to FRCP Rule 26(a)(1) are

5    hereby vacated.  The Court will issue a revised order setting those deadlines commencing thirty

6    days after its ruling on PeaceHealth's forthcoming motion to dismiss.

7    DATED this 7th day of November 2017.

8

9    RICARDO S. MARTINEZ

10   CHIEF UNITED STATES DISTRICT JUDGE

11

12

13   Presented by:

14   /s/Craig S. Rutenberg
     Craig S. Rutenberg
15   MANATT PHELPS & PHILLIPS, LLP
     *Attorneys for Defendant*
16   PEACEHEALTH

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: JOINT MOTION TO EXTEND
DEADLINES
No.  2:17−cv−01496−RSM

2

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000