UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL ENSTAD et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>PEACEHEALTH,<br><br>  Defendant. | No. 2:17−cv−01496−RSM<br><br>**ORDER RE: STIPULATED MOTION TO EXTEND DEADLINE FOR PEACEHEALTH'S RESPONSE TO COMPLAINT** |

ORDER RE: JOINT MOTION TO EXTEND DEADLINES
No. 2:17−cv−01496−RSM

1

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000

THIS MATTER having come before the Court on the Stipulated Motion of Defendant PeaceHealth ("PeaceHealth"), through counsel, consented to by plaintiffs Cheryl and Pax Enstad, through counsel, to extend the time for PeaceHealth to respond to the Complaint; the Court having considered the Joint Motion, and finding good cause therefore, it is therefore:

ORDERED that the deadline for PeaceHealth to respond to the Complaint is extended to January 8, 2018.

Presented by:

/s/Craig S. Rutenberg
Craig S. Rutenberg
MANATT PHELPS & PHILLIPS, LLP
*Attorneys for Defendant*
PEACEHEALTH

Dated this 12th day of December, 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE: JOINT MOTION TO EXTEND DEADLINES
No. 2:17−cv−01496−RSM

1

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000