UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL ENSTAD et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PEACEHEALTH,<br><br>Defendant. | No. C17-1496 RSM<br><br>**ORDER RE: STIPULATED MOTION TO EXTEND DEADLINES:**<br>**(1) FOR PEACEHEALTH TO FILE ITS REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS; AND**<br>**(2) FOR PLAINTIFFS TO FILE THEIR REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY QUESTIONS TO THE WASHINGTON SUPREME COURT** |

THIS MATTER having come before the Court on the Stipulated Motion of Defendant PeaceHealth ("PeaceHealth"), through counsel, consented to by plaintiffs Cheryl and Pax Enstad ("Plaintiffs"), through counsel, to extend the time for PeaceHealth to file its Reply Brief in Support of its Motion to Dismiss and to extend the time for Plaintiffs to file their Reply Brief in Support of their Motion to Certify, the Court having considered the Joint Motion, and finding good cause it is therefore:

ORDERED that:

1. The date for PeaceHealth to file its Reply Brief in Support of its Motion to Dismiss is extended from Friday, February 8, 2018 to Monday, February 12, 2018, and

ORDER RE: JOINT MOTION TO EXTEND DEADLINES
No. 2:17−cv−01496−RSM

1

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000

2. The date for Plaintiffs to file their Reply Brief in Support of their Motion to Certify is extended from Friday, February 23, 2018 to Monday, February 26, 2018.

Dated this 8th day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Craig S. Rutenberg
Craig S. Rutenberg
MANATT PHELPS & PHILLIPS, LLP
*Attorneys for Defendant*
PEACEHEALTH

ORDER RE: JOINT MOTION TO EXTEND DEADLINES
No. 2:17−cv−01496−RSM

2

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000