Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL ENSTAD et al., | No. 2:17−cv−01496−RSM |
| Plaintiffs, | **STIPULATED MOTION TO STAY PROCEEDINGS** |
| vs. | Note on Motion Calendar: April 25, 2018 |
| PEACEHEALTH, | Location:   13206<br>Judge: Hon. Ricardo S. Martinez |
| Defendant. | Complaint Filed:   October 5, 2017 |

STIPULATED MOTION TO STAY PROCEEDINGS
No. 2:17−cv−01496−RSM

1

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000

Defendant PeaceHealth ("PeaceHealth") and Plaintiffs Cheryl Enstad and Pax Enstad ("Plaintiffs"), by and through their counsel and pursuant to Local Rules 7(d)(1) and 10(g), respectfully move the Court to stay the proceedings in this action while the parties engage in settlement efforts.

1. This case was filed on October 5, 2017, and concerns health coverage for gender transition surgery for minor plaintiff Pax Enstad. (ECF No. 1.)

2. On November 7, 2017, the Court entered an Order vacating the deadlines for the parties to (1) conduct the Federal Rule of Civil Procedure ("FRCP") Rule 26(f) conference; (2) file the Joint Status Report and Discovery Plan as required by FRCP and Local Rule 26(f); and (3) conduct initial disclosures pursuant to FRCP Rule 26(a)(1). The Order also stated that the Court would issue a revised Order setting these deadlines to commence thirty days after its ruling on PeaceHealth's anticipated Motion to Dismiss. (ECF No. 21.)

2. On January 8, 2018, PeaceHealth filed its Motion to Dismiss Complaint Pursuant to Rule 12(b)(6), with a Noting date of February 9, 2018. (ECF No. 25.)

3. On February 5, 2018, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss Complaint. (ECF No. 27.)

4. Also on February 5, 2018, Plaintiffs filed a Motion to Certify Question to Washington Supreme Court with a Noting Date of February 23, 2018. (ECF No. 28.)

5. On February 8, 2018, the Court entered an order extending the time for PeaceHealth to file its Reply Brief in Support of its Motion to Dismiss from February 8, 2018 to February 12, 2018, and extending the time for Plaintiffs to file their Reply Briefs in Support of their Motion to Certify from February 23, 2018 to February 26, 2018. (ECF No. 30.)

5. On February 12, 2018, PeaceHealth filed its Reply Brief in Support of its Motion to Dismiss. (ECF No. 31.)

6. On February 26, 2018, Plaintiffs filed their Reply Brief in Support of their Motion to Certify. (ECF No. 32.)

7. Both the Motion to Dismiss and the Motion to Certify remain pending. No other motions or hearings are pending and there are no other deadlines set in this case.

STIPULATED MOTION TO STAY PROCEEDINGS
No. 2:17−cv−01496−RSM

1

Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
310-312-4000

1     8.     The parties have recently begun settlement discussions, and the parties believe they may be able to settle this action without the need for further proceedings in Court, including a ruling on the pending motions.

4     9.     Accordingly, the parties desire to stay all proceedings in this action immediately so that they may devote their efforts toward settlement of this action.

6     10.     The parties believe that the requested stay will not prejudice any party or result in a waste of judicial resources.

8     11.     Should the Court grant this Motion and issue an order staying the proceedings, the parties further agree to file with the Court an update regarding settlement status within 90 days of entry of the Court's order unless the case has been settled and dismissed before that date.

11     12.     Accordingly, for good cause, PeaceHealth and Plaintiffs request that the Court approve the parties' stipulation and stay this action while the parties pursue settlement.

A proposed form of order is lodged herewith.

STIPULATED MOTION TO STAY PROCEEDINGS
No. 2:17−cv−01496−RSM

2

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000

| | | |
|---|---|---|
| 1 | Dated: April 25, 2018 | MANATT, PHELPS & PHILLIPS, LLP<br>DAVIS WRIGHT TREMAINE, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Barry S. Landsberg<br>    Barry S. Landsberg<br>    *Attorneys for Defendant* |
| 5 | | PEACEHEALTH |
| | | MANATT, PHELPS & PHILLIPS, LLP |
| 6 | | BARRY S. LANDSBERG (admitted *pro hac vice*)<br>E-mail: blandsberg@manatt.com |
| 7 | | HARVEY L. ROCHMAN (admitted *pro hac vice*)<br>E-mail: hrochman@manatt.com |
| 8 | | CRAIG S. RUTENBERG (admitted *pro hac vice*)<br>E-mail: crutenberg@manatt.com |
| 9 | | 11355 West Olympic Boulevard<br>Los Angeles, CA  90064-1614 |
| 10 | | Telephone:  (310) 312-4000<br>Facsimile:  (310) 312-4224 |
| 11 | | |
| 12 | | DAVIS WRIGHT TREMAINE LLP<br>HARRY J.F. KORRELL (WA Bar. No. 23173) |
| 13 | | Email: harrykorrell@dwt.com<br>JOSEPH P. HOAG (WA Bar No. 41971) |
| 14 | | Email: josephhoag@dwt.com<br>1201 Third Avenue, Suite 2200 |
| 15 | | Seattle, WA 98101<br>Telephone:  (206) 757-8080<br>Facsimile:  (206) 757-7080 |
| 16 | | |
| 17 | | Attorneys for Defendant<br>PEACEHEALTH |
| 18 | | |
| 19 | | |
| 20 | Dated: April 25, 2018 | AMERICAN CIVIL LIBERTIES UNION OF<br>WASHINGTON FOUNDATION |
| 21 | | TELLER & ASSOCIATES, LLP<br>AMERICAN CIVIL LIBERTIES UNION |
| 22 | | FOUNDATION |
| 23 | | |
| 24 | | By: /s/ Lisa Nowlin<br>    Lisa Nowlin |
| 25 | | *Attorney for Plaintiffs*<br>CHERYL AND PAX ENSTAD |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATED MOTION TO STAY PROCEEDINGS
No.  2:17−cv−01496−RSM

3

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2018, I electronically filed the foregoing :

**STIPULATED MOTION TO STAY PROCEEDINGS**

with the Clerk of Court using the Electronic Filing System which will send notification of such filing to the counsels:

| | |
|---|---|
| Lisa Nowlin, WSBA No. 51512<br>AMERICAN CIVIL LIBERTIES UNION<br>of WASHINGTON FOUNDATION<br>901 Fifth Avenue, Suite 630<br>Seattle, Washington 98164<br>T: (206) 624-2184 / F: (206) 624-2190<br>lnowlin@aclu-wa.org | J. Denise Diskin, WSBA No. 41425<br>Beth Touschner, WSBA No. 41062<br>TELLER & ASSOCIATES, PLLC<br>1139 34th Avenue, Suite B<br>Seattle, Washington 98122<br>T: (206) 324-8969 / F: (206) 860-3172<br>denise@stellerlaw.com<br>beth@stellerlaw.com |

Joshua A. Block*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York 10004
T: (212) 549-2627 / F: (212) 549-2650
jblock@aclu.org;
lcooper@aclu.org

                                                /s/ Craig S. Rutenberg
                                                 Craig S. Rutenberg

320253847.4

STIPULATED MOTION TO STAY PROCEEDINGS
No. 2:17−cv−01496−RSM

4

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000