Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL ENSTAD et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PEACEHEALTH, <br><br> Defendant. | No. 2:17−cv−01496−RSM <br><br> **ORDER RE: STIPULATED MOTION TO STAY PROCEEDINGS FOR ADDITIONAL 30 DAYS** |

THIS MATTER having come before the Court on the Stipulated Motion of Defendant PeaceHealth ("PeaceHealth"), through counsel, and Plaintiffs Cheryl and Pax Enstad ("Plaintiffs"), through counsel, to stay proceedings in this action, the Court having considered the Stipulated Motion, and finding good cause therefore, it is therefore:

ORDERED that:

1. The existing stay of all proceedings in this action shall continue for an additional 30 days through and including October 23, 2018.

2. The parties shall file an update with the Court regarding the status of the parties'

ORDER RE: STIPULATED MOTION TO STAY
PROCEEDINGS FOR ADDITIONAL 30 DAYS
No. 2:17−cv−01496−RSM

1

Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, ca 90064
310-312-4000

settlement negotiations on or before October 23, 2018 unless the case has been settled and dismissed before that date.

Dated this 24 day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Craig S. Rutenberg
Craig S. Rutenberg
MANATT PHELPS & PHILLIPS, LLP
*Attorneys for Defendant*
PEACEHEALTH

ORDER RE: STIPULATED MOTION TO STAY
PROCEEDINGS FOR ADDITIONAL 30 DAYS
No. 2:17−cv−01496−RSM

2

MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
310-312-4000