**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CHERYL ENSTAD et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PEACEHEALTH, <br><br> Defendant. | No. 2:17−cv−01496−RSM <br><br> **ORDER RE: STIPULATED MOTION TO STAY PROCEEDINGS FOR ADDITIONAL 30 DAYS** |

THIS MATTER having come before the Court on the Stipulated Motion of Plaintiffs Cheryl and Pax Enstad, through counsel, and Defendant PeaceHealth, through counsel, to stay proceedings in this action, the Court having considered the Stipulated Motion, and finding good cause therefore, it is therefore:

ORDERED that:

1. The existing stay of all proceedings in this action shall continue for an additional 30 days through and including November 23, 2018.

2. The parties shall file an update with the Court regarding the status of the parties' settlement negotiations on or before November 23, 2018 unless the case has been settled and dismissed before that date.

Dated this 25th day of October 2018.

                                       RICARDO S. MARTINEZ
                                       CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Lisa Nowlin
Lisa Nowlin, WSBA No. 51512
American Civil Liberties Union of Washington Foundation
*Attorney for Plaintiffs*