Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL ENSTAD et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PEACEHEALTH, <br><br> Defendant. | No. 2:17−cv−01496−RSM <br><br> **JOINT UPDATE TO COURT RE: STATUS OF SETTLEMENT DISCUSSIONS AND STIPULATION TO STAY PROCEEDINGS FOR ADDITIONAL 30 DAYS** <br><br> Note on Motion Calendar: November 21, 2018 <br><br> Location:   13206 <br> Judge: Hon. Ricardo S. Martinez <br><br> Complaint Filed:   October 5, 2017 |

UPDATE RE: SETTLEMENT DISCUSSIONS AND
STIPULATION TO CONTINUE STAY FOR 30 DAYS
No. 2:17−cv−01496−RSM

1

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVE, SUITE 630
SEATTLE, WA 98164

Defendant PeaceHealth ("PeaceHealth") and Plaintiffs Cheryl Enstad and Pax Enstad ("Plaintiffs"), by and through their counsel and pursuant to Local Rules 7(d)(1) and 10(g), respectfully request that the Court continue to stay the proceedings in this action while the parties engage in settlement efforts.

1. This case was filed on October 5, 2017, and concerns health coverage for gender transition surgery for minor plaintiff Pax Enstad. (ECF No. 1.)

2. On November 7, 2017, the Court entered an Order vacating the deadlines for the parties to (1) conduct the Federal Rule of Civil Procedure ("FRCP") Rule 26(f) conference; (2) file the Joint Status Report and Discovery Plan as required by FRCP and Local Rule 26(f); and (3) conduct initial disclosures pursuant to FRCP Rule 26(a)(1). The Order also stated that the Court would issue a revised Order setting these deadlines to commence thirty days after its ruling on PeaceHealth's anticipated Motion to Dismiss. (ECF No. 21.)

3. On January 8, 2018, PeaceHealth filed its Motion to Dismiss Complaint Pursuant to Rule 12(b)(6), with a Noting date of February 9, 2018. (ECF No. 25.)

4. On February 5, 2018, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss Complaint. (ECF No. 27.)

5. Also on February 5, 2018, Plaintiffs filed a Motion to Certify Question to Washington Supreme Court with a Noting Date of February 23, 2018. (ECF No. 28.)

6. On February 8, 2018, the Court entered an order extending the time for PeaceHealth to file its Reply Brief in Support of its Motion to Dismiss from February 8, 2018 to February 12, 2018, and extending the time for Plaintiffs to file their Reply Briefs in Support of their Motion to Certify from February 23, 2018 to February 26, 2018. (ECF No. 30.)

7. On February 12, 2018, PeaceHealth filed its Reply Brief in Support of its Motion to Dismiss. (ECF No. 31.)

8. On February 26, 2018, Plaintiffs filed their Reply Brief in Support of their Motion to Certify. (ECF No. 32.)

9. Both the Motion to Dismiss and the Motion to Certify remain pending. No other motions or hearings are pending and there are no other deadlines set in this case.

UPDATE RE: SETTLEMENT DISCUSSIONS AND
STIPULATION TO CONTINUE STAY FOR 30 DAYS
No. 2:17−cv−01496−RSM

1

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVE, SUITE 630
SEATTLE, WA 98164

1        10.      On April 26, 2018, the Court granted the parties' Stipulated Motion to Stay Proceedings so that the parties could pursue settlement efforts, and required the parties to file an update with the Court regarding the status of the parties' settlement negotiations within 90 days unless the case had been settled and dismissed by that date. (ECF No. 38.)

11.      On July 24, 2018, the Court granted the parties' Stipulated Motion to Stay Proceedings for an additional 60 days, and required the parties to file an update with the Court regarding the status of the parties' settlement negotiations within 60 days unless the case had been settled and dismissed by that date. (ECF No. 40.)

12.      On September 24, 2018, the Court granted the parties' Stipulated Motion to Stay Proceedings for an additional 30 days, and required the parties to file an update with the Court regarding the status of the parties' settlement negotiations within 30 days unless the case had been settled and dismissed by that date. (ECF No. 42.)

13.      On October 25, 2018, the Court granted the parties' Stipulated Motion to Stay Proceedings for an additional 30 days, and required the parties to file an update with the Court regarding the status of the parties' settlement negotiations within 30 days unless the case has been settled and dismissed by that date. (ECF No. 44.)

14.      The parties have continued settlement negotiations and are currently exchanging final drafts of a settlement agreement. The parties hope to have a final agreement executed within the next two weeks and believe that it is worthwhile to continue the negotiations.

15.      Accordingly, the parties desire to maintain the current stay of all proceedings in this action for 30 days, through and including December 24, 2018, so that they may continue to devote their efforts toward settlement of this action.

16.      The parties believe that the requested stay will not prejudice any party or result in a waste of judicial resources.

17.      Should the Court grant this Motion and issue an order continuing the stay of all proceedings in this action for an additional 30 days, the parties further agree to file with the Court an update regarding settlement status on or before December 24, 2018 unless the case has been settled and dismissed before that date.

UPDATE RE: SETTLEMENT DISCUSSIONS AND
STIPULATION TO CONTINUE STAY FOR 30 DAYS
No. 2:17−cv−01496−RSM

2

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVE, SUITE 630
SEATTLE, WA 98164

18. Accordingly, for good cause, PeaceHealth and Plaintiffs request that the Court approve the parties' stipulation and continue the existing stay of this action for an additional 30 days while the parties pursue settlement.

A proposed form of order is lodged herewith.

Dated:   November 21, 2018          By: */s/Lisa Nowlin*

Lisa Nowlin, WSBA No. 51512
AMERICAN CIVIL LIBERTIES UNION of WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
T: (206) 624-2184 / F: (206) 624-2190
lnowlin@aclu-wa.org

J. Denise Diskin, WSBA No. 41425
Beth Touschner, WSBA No. 41062
TELLER & ASSOCIATES, PLLC
1139 34th Avenue, Suite B
Seattle, Washington 98122
T: (206) 324-8969 / F: (206) 860-3172
denise@stellerlaw.com
beth@stellerlaw.com

Joshua A. Block*
Leslie Cooper*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, New York 10004
T: (212) 549-2627 / F: (212) 549-2650
jblock@aclu.org;
lcooper@aclu.org
* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

Dated:   November 21, 2018          MANATT, PHELPS & PHILLIPS, LLP
DAVIS WRIGHT TREMAINE, LLP


By:  */s/ Barry S. Landsberg*

MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG (admitted *pro hac vice*)
E-mail:  blandsberg@manatt.com
HARVEY L. ROCHMAN (admitted *pro hac vice*)
E-mail:  hrochman@manatt.com
CRAIG S. RUTENBERG (admitted *pro hac vice*)

| | |
|---|---|
| 1 | E-mail: crutenberg@manatt.com |
| 2 | 11355 West Olympic Boulevard |
|   | Los Angeles, CA  90064-1614 |
| 3 | Telephone:  (310) 312-4000 |
|   | Facsimile:  (310) 312-4224 |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | HARRY J.F. KORRELL (WA Bar. No. 23173) |
| 5 | Email:  harrykorrell@dwt.com |
|   | JOSEPH P. HOAG (WA Bar No. 41971) |
| 6 | Email:  josephhoag@dwt.com |
|   | 1201 Third Avenue, Suite 2200 |
| 7 | Seattle, WA 98101 |
|   | Telephone:  (206) 757-8080 |
| 8 | Facsimile:  (206) 757-7080 |
| 9 | *Attorneys for Defendant* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UPDATE RE: SETTLEMENT DISCUSSIONS AND
STIPULATION TO CONTINUE STAY FOR 30 DAYS
No.  2:17−cv−01496−RSM

4

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVE, SUITE 630
SEATTLE, WA 98164

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2018, I electronically filed the foregoing :

**JOINT UPDATE TO COURT RE: STATUS OF SETTLEMENT DISCUSSIONS AND STIPULATION TO STAY PROCEEDINGS FOR ADDITIONAL 30 DAYS**

with the Clerk of Court using the Electronic Filing System which will send notification of such filing to the counsels:

**Attorneys for Defendant PeaceHealth:**

MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG
E-mail: blandsberg@ manatt.com
HARVEY L. ROCHMAN
E-mail: hrochman@manatt.com
CRAIG S. RUTENBERG
E-mail: crutenberg@ manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

DAVIS WRIGHT TREMAINE LLP
HARRY J.F. KORRELL, WSBA No. 23173
Email: harrykorrell @dwt.com
JOSEPH P. HOAG, WSBA No. 41971
Email: josephhoag@dwt.com
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8080
Facsimile: (206) 757-7080

　　　　　　　　　　　　　　　　　　　　*/s/ Beth Touschner*
　　　　　　　　　　　　　　　　　　　　Beth Touschner, WSBA No. 41062

---

UPDATE RE: SETTLEMENT DISCUSSIONS AND
STIPULATION TO CONTINUE STAY FOR 30 DAYS
No. 2:17−cv−01496−RSM

5

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVE, SUITE 630
SEATTLE, WA 98164