Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERYL ENSTAD, et al.,

Plaintiffs,

vs.

PEACEHEALTH,

Defendant.

No.  2:17−cv−01496−RSM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

STIPULATION OF DISMISSAL WITH PREJUDICE
No.  2:17−cv−01496−RSM

1

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVE, SUITE 630
SEATTLE, WA 98164

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), each party bearing their own fees and costs.

DATED this 2nd day of January, 2019.

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>DAVIS WRIGHT TREMAINE, LLP | AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION<br>TELLER & ASSOCIATES, PLLC<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| By:   */s/Harvey L. Rochman*<br>        Harvey L. Rochman<br>        *Attorneys for Defendant*<br>        PEACEHEALTH | By:   */s/Lisa Nowlin*_____<br>        Lisa Nowlin<br>        *Attorney for Plaintiffs*<br>        CHERYL AND PAX ENSTAD |

MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG (admitted *pro hac vice*)
E-mail:  blandsberg@manatt.com
HARVEY L. ROCHMAN (admitted *pro hac vice*)
E-mail:  hrochman@manatt.com
CRAIG S. RUTENBERG (admitted *pro hac vice*)
E-mail:  crutenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

DAVIS WRIGHT TREMAINE LLP
HARRY J.F. KORRELL (WA Bar. No. 23173)
Email:  harrykorrell@dwt.com
JOSEPH P. HOAG (WA Bar No. 41971)
Email:  josephhoag@dwt.com
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone:  (206) 757-8080
Facsimile:  (206) 757-7080

Attorneys for Defendant
PEACEHEALTH

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January, 2019, I electronically filed the foregoing: STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the Electronic Filing System, which will send notification of such filing to the counsels:

**Attorneys for Defendant PeaceHealth:**

MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG
E-mail: blandsberg@ manatt.com
HARVEY L. ROCHMAN
E-mail: hrochman@manatt.com
CRAIG S. RUTENBERG
E-mail: crutenberg@ manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

DAVIS WRIGHT TREMAINE LLP
HARRY J.F. KORRELL, WSBA No. 23173
Email: harrykorrell @dwt.com
JOSEPH P. HOAG, WSBA No. 41971
Email: josephhoag@dwt.com
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 757-8080
Facsimile: (206) 757-7080

_____
Beth Touschner, WSBA #41062

STIPULATION OF DISMISSAL WITH PREJUDICE
No. 2:17−cv−01496−RSM

2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 FIFTH AVE, SUITE 630
SEATTLE, WA 98164